CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v. | DOCKET NO. |
| Ryan Phillip Schlesinger<br>DOB: 1992; U.S. Citizen | MAGISTRATE'S CASE NO.<br>18-05044MJ |

Complaint for violation of Title 18, United States Code § 1111 and 1114.

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about the November 29, 2018, at or near Tucson, in the District of Arizona, the defendant, RYAN PHILLIP SCHLESINGER, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Deputy U.S. Marshal C.W., an officer or employee of the United States while Deputy U.S. Marshal C.W. was engaged in, and on account of, the performance of his official duties, by shooting him, in violation of Title 18, United States Code Sections 1111 and 1114.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 29, 2018, shortly before 1730, deputies with the US Marshals Wanted Task Force were at a residence located at 2614 N. 15th Avenue, Tucson, AZ, 85705, to serve a felony arrest warrant on SCHLESINGER for stalking Tucson Police Department (TPD) Sgt. Amber Kingman. Deputy US Marshals approached the residence, taking note that SCHLESINGER had video surveillance on the outside of the residence. As agents were forcing entry into the residence, SCHLESINGER fired on the agents, striking DUSM C.W. Agents returned fire and extracted the injured agent off the property. The wounded agent was transported to Banner UMC where he was pronounced deceased. Agents held a perimeter around the house while TPD officers responded. At 1823 hours, SCHLESINGER exited the house wearing body armor and a ballistic helmet. He was taken into custody and transported to TPD headquarters.

On 8/18/17, Sgt. Amber Kingman with TPD responded to an incident at the SCHLESINGER'S residence located at 2614 N. 15th Ave. Officers were on scene to serve a Title 36 emergency petition. While officers were at the entryway of SCHLESINGER'S bedroom, SCHLESINGER made threats to kill officers, reached for a loaded Glock handgun, and was tased and taken into custody. The handgun was placed into TPD evidence along with a high capacity magazine loaded with specialized ammunition designed for increased penetration.

On 4/16/18, SCHLESINGER began sending emails to TPD demanding the release of his firearm and other property that was taken for evidence in the 8/18/17 incident. SCHLESINGER's emails contained threatening statements including :

CONTINUED ON NEXT PAGE

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Erica Seger | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>Special Agent James Keefe, FBI |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 30, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

**CONTINUED FROM PREVIOUS PAGE**

18-05044MJ

a. "As a fuck you to the TPD, I sent a pic of some glock mags I took on my kitchen table to Stacie Schaner's email address. Anyhow, the TPD needs to return my shit to me immediately!"
b. "Release my property or else."
c. "The point here is that y'all need to think deep and hard about how far you're willing to take this. Ask yourself, what are you willing to sacrifice because if my property is not returned to me having a police cruiser repoed will be the least of your concerns."

On 7/03/18, TPD detectives interviewed SCHLESINGER. He stated that he had been sending the emails to TPD in "retaliation" for the incident that occurred on 8/18/17. He advised that he had actually been planning to come to the police station on that day to arrest several officers. SCHLESINGER indicated that if they resisted he would consider that resisting arrest and force would be used. When asked if he was in possession of, or had access to, any additional firearms he responded "no comment." SCHLESINGER stated that he believed that his actions were justified by the US Constitution and that he was prepared to defend the Constitution by any means necessary. SCHLESINGER additionally indicated to detectives that despite two active injunctions against harassment against him, prohibiting him from possessing firearms, he was aware that he could circumvent a background check to purchase additional firearms because he had a valid CCW.

Throughout July, August and September, SCHLESINGER showed up at TPD to arrest the responding officer from the 8/18/17 incident, showed up and knocked on the front door of her parent's house, and provided a "report" that he authored to TPD alleging that officers, including the original responding officer, kidnapped, assaulted, conspired and unlawfully imprisoned him in the Crisis Response Center.

On 11/20/18, SCHLESINGER appeared at the TPD located at 1310 W. Miracle Mile stating that he was there to make a citizen's arrest. When the Sgt. Kingman entered the lobby of the building, SCHLESINGER addressed her by name and stated that he was there to "arrest" her. When Sgt. Kingman informed SCHLESINGER that he would not be arresting her, he stated "I mean I could just show up at your house and do it." This was captured on body worn camera.

On 11/22/18, SCHLESINGER filed an online complaint in which he referenced an 11/20/18 event. He stated that the TPD officer was "on his list" of people to arrest and that he would return to arrest her. He further stated "So, let's play this out the most likely scenario here…I go attempt the citizen's arrest. Sgt. Kingman resists. I disarm her of her weapon pursuant to AZ code 13-3895. By this time, other TPD employees there will already have drawn their weapons and are pointing them at me instead of at Sgt. Kingman. At that point I have no choice but to render harmless the threat/s. I would highly recommend that the TPD arrest the criminals listed in my report so I don't have to. I don't think anybody wants this turning into shootout at the OK Corral."