ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ERICA L. SEGER
MATTHEW CASSELL
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Erica.seger@usdoj.gov
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 18-mj-05044-TUC (BGM) |
|---|---|
| Plaintiff, | |
| v. | NOTICE: DESIGNATION OF VICTIM CASE |
| Ryan Phillip Schlesinger, | |
| Defendant. | |

NOTICE is hereby given that the above referenced matter is designated a Victim Case.

Respectfully submitted this 30th day of November, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Erica L. Seger*

ERICA L. SEGER
Assistant U.S. Attorney